479 A.2d 1100

Commonwealth v. Klobuchir, Appellant.

Submitted February 27, 1984. Michael W. Zurat, for

appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Affirmed.